No. 89–847. STUDIO ART THEATRE OF EVANSVILLE, INC. *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 89–865. TRICKEY *v.* COFFMAN. C. A. 8th Cir. Certiorari denied.

No. 89–877. WATKINS *v.* FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–893. MARYLAND PEST CONTROL ASSN. ET AL. *v.* MONTGOMERY COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–902. W. R. GRACE & CO.–CONN. ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 89–930. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* GENERAL RAILWAY SIGNAL CO. C. A. D. C. Cir. Certiorari denied.

No. 89–1056. DEPARTMENT OF HEALTH SERVICES OF CALIFORNIA ET AL. *v.* CITIZENS ACTION LEAGUE ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1074. FAIRCHILD INDUSTRIES, INC. *v.* MILLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1124. AMERICAN BOOKSELLERS ASSN., INC., ET AL. *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 89–1219. GILBERT *v.* COLVERT. Ct. App. Okla. Certiorari denied.

No. 89–1225. LAK, INC. *v.* DEER CREEK ENTERPRISES. C. A. 6th Cir. Certiorari denied.

No. 89–1226. WALKER *v.* SUBURBAN HOSPITAL ASSN. ET AL. C. A. 4th Cir. Certiorari denied.